# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:24-CR-00143-ALM-AGD** |
| | § | |
| **BENDRICK LERAY HOUSTON** | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 25 (sealed).

## PROCEDURAL HISTORY

On September 22, 2022, United States District Judge Diana Saldaña sentenced defendant Bendrick Leray Houston to 21 months of imprisonment followed by three years of supervised release. *United States v. Bendrick Leray Houston*, No. 5:22-cr-00571-1 (S.D. Tex.), Dkt. 56. On July 2, 2024, United States District Judge Amos L. Mazzant, III, accepted transfer of supervised release from the Southern to the Eastern District of Texas. Dkt. 1. Houston's current term of supervised release commenced July 11, 2025. Dkt. 25 (sealed).

In February 2026, a probation officer petitioned the court for a warrant, alleging that Houston had violated conditions of his supervised release, *id*. The petition alleged that Houston had violated conditions that required him to refrain from any unlawful use of a controlled substance and to work full-time at lawful employment. *Id*. In support of those allegations, the petition asserted that Houston had admitted to using marijuana, tested positive for marijuana on multiple occasions, and failed to secure employment. *Id*.

A final revocation hearing was held before me on March 19, 2026. Houston pleaded true to allegations one and two. Minute Entry for Mar. 19, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id*.; Dkt. 35.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Houston's supervised release be revoked based on allegations one and two in the petition, Dkt. 25 (sealed); (2) Houston be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months and one day, with no term of supervised release to follow; and (3) Houston be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 6th day of April, 2026.

_____

Bill Davis
United States Magistrate Judge